**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION**

**JEFFREY WEBB, JR.**                                                                                **PLAINTIFF**
**ADC #551387**

**v.**                                                     **4:08-CV-04144-WRW-HLJ**

**FAULKNER COUNTY**
**DETENTION CENTER,** *et al.*                                                    **DEFENDANTS**

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States

Magistrate Judge Henry L. Jones, Jr.   There have been no objections.   After careful review, the

Court concludes that the findings and recommendations are approved and adopted in their

entirety as this Court's findings in all respects.

Accordingly, Defendants Faulkner County Detention Center and Cross County Detention

Center are DISMISSED as parties to this action.

IT IS SO ORDERED this 17th day of December, 2008.


                                                   /s/Wm. R. Wilson, Jr.
                                                   UNITED STATES DISTRICT JUDGE