IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY WEBB, JR.,
ADC #551387                                                                                       PLAINTIFF

v.                                       4:08CV04144HLJ

FAULKNER COUNTY
DETENTION CENTER, et al.                                                              DEFENDANTS

## ORDER

Court-appointed attorney Mark Alan Jesse shall file a response to plaintiff's motion to remove him as his counsel (DE #50), within ten days of the date of this Oder.

IT IS SO ORDERED this 31st day of August, 2009.

_____
United States Magistrate Judge