IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFERY WEBB, JR.
ADC #551387     PLAINTIFF

v.     4:08CV4144 JTK

FAULKNER COUNTY
DETENTION CENTER, et al.     DEFENDANTS

## ORDER

This matter is set for a jury trial on December 6, 2010. The parties have notified the Court that an amicable settlement has been reached. Pending before the Court is Plaintiff's Motion to Dismiss (DE #84) the Complaint and his causes of action against all Defendants, subject only to enforcement of the settlement agreement. The Motion to Dismiss is hereby GRANTED.

IT IS THEREFORE ORDERED that the Complaint and all claims in this action against Defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this Order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 3rd day of December, 2010.

Jerome T. Kearney
United States Magistrate Judge